```
 1  EDWARD M. ROBBINS, JR., ESQ., SBN 82696
    CHARLES P. RETTIG, ESQ., SBN 97848
 2  DAVID ROTH, ESQ., SBN 056054
    HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
 3  9150 Wilshire Boulevard, #300
    Beverly Hills, California 90212
 4  Telephone:  (310) 281-3200
    Facsimile:   (310) 859-1430
 5
    Attorneys for Plaintiffs, ALBERT PIMENTEL and MARKMEL, LLC
 6
```

*Filed JUL 25 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE — ADR E-FILING — BY FAX*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRWST, LP,<br>MARKMEL, LLC, Tax Matters Partner,<br>ALBERT PIMENTEL, Sole Member-Manager<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C07 03816 VT<br><br>**DEMAND FOR JURY TRIAL** |

### DEMAND FOR JURY TRIAL

Plaintiffs, ALBERT PIMENTEL and MARKMEL, LLC, hereby demand a jury on all issues so triable under the law.

DATED: July 24, 2007

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By: _____
EDWARD M. ROBBINS, JR., ESQ.
CHARLES P. RETTIG, ESQ.
DAVID ROTH, ESQ.

Attorneys for Plaintiffs,
ALBERT PIMENTEL and MARKMEL

270760.1