1  EDWARD M. ROBBINS, JR., ESQ. (SBN 82696)
2  CHARLES P. RETTIG, ESQ. (SBN 97848)
   **DAVID ROTH, ESQ. (SBN 56054)**
3  HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
4  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, CA 90212
5  Phone: (310) 281-3247
6  Fax:   (310) 859-5129

7  Attorneys for Petitioner

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## DIVISION OF SAN JOSE

SRWST, LP, MARKMEL, LLC, Tax           )
Matters Partner, ALBERT PIMENTEL,      )
Sole Member-Manager,                   )
                        Petitioners,   )
                                       )   Civ. No.  C07 03816
         v.                            )
                                       )
UNITED STATES OF AMERICA,              )
                        Respondent     )

### CERTIFICATE OF INTERESTED PARTIES

Plaintiff ALBERT PIMENTEL, by and through his counsel, incorporates himself as the sole interested party.

/ / /
/ / /
/ / /
/ / /
/ / /

Respectfully submitted,

SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,

Dated: July 24, 2007    by  /s/ Edward M. Robbins, Jr.

EDWARD M. ROBBINS, JR., ESQ.
CHARLES P. RETTIG, ESQ.
DAVID ROTH, ESQ.
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:   (310) 859-5129

271743.1

Certificate of Interested Parties        2