EDWARD M. ROBBINS, JR., ESQ., SBN 82696
CHARLES P. RETTIG, ESQ., SBN 97848
DAVID ROTH, ESQ., SBN 56054
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone:   (310) 281-3200
Facsimile:   (310) 859-1430

Attorneys for Plaintiffs, ALBERT PIMENTEL and MARKMEL, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SRWST, LP,<br>MARKMEL, LLC, Tax Matters Partner<br>ALBERT PIMENTEL, Sole Member-Manager,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  C 07 03816 PVT<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR READJUSTMENT OF IRS FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENTS** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On August 3, 2007, I served the foregoing document described as SUMMONS AND COMPLAINT FOR READJUSTMENT OF IRS FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENTS; DEMAND FOR JURY TRIAL on the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

1  Richard R. Ward, Chief
   CTS-Western
2  Department of Justice, Tax Division
   555 - 4th Street, NW
3  Washington, DC 20530

4  United States Attorney's Office
   450 Golden Gate Avenue, 11th Floor
5  San Francisco, CA 94102

6      I placed such envelope with postage thereon fully prepaid in the United States mail at Beverly Hills,
7  California.

8      Executed on August 3, 2007, at Beverly Hills, California.

9      I declare under penalty of perjury under the laws of the State of California that the above is true and
10 correct.

11

12                                         _____
13                                         VALERIE BISHOP

14
   272122.1
15