SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JEREMY N. HENDON
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
         (202) 514-6061
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Adam.F.Hulbig@usdoj.gov
        Western.Taxcivil@usdoj.gov
Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | Case No. C-07-3816 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney


 /s/ Jeremy N. Hendon
JEREMY N. HENDON
United States Department of Justice,
Tax Division
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** has been made this 28th day of September, 2007 via the Court's CM/ECF system to:

    Edward M. Robbins, Esq.        Robbins@Taxlitigator.com

        /s/ Jeremy N. Hendon
        JEREMY N. HENDON
        Trial Attorney, Tax Division
        U.S. Department of Justice