SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JEREMY N. HENDON
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
              (202) 514-6061
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
           Adam.F.Hulbig@usdoj.gov
           Western.Taxcivil@usdoj.gov
Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | Case No. C-07-3816 PVT<br><br>**DECLARATION OF JEREMY N. HENDON IN SUPPORT OF STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Jeremy N. Hendon, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   I am a trial attorney with the Tax Division of the U.S. Department of Justice and have been assigned to represent the United States in the above-captioned matter.

2.   The requested extension of time for the United States to respond to the complaint is needed to allow counsel for the United States to obtain and carefully review all of the administrative materials from the Internal Revenue Service, and to allow the parties additional time to continue their ongoing discussions regarding a potential resolution of this action. The requested extension also includes extending the Initial Case Management Conference.

3.   There have been no previous time modifications in this case.

4.   The requested time modification would only effect the Initial Case Management Conference date, as that is the only date scheduled thus far in this case.

I HEREBY DECLARE under penalty of perjury that the foregoing declaration is true and correct.

Dated this 28th day of September, 2007.

                                    /s/ Jeremy N. Hendon
                                    JEREMY N. HENDON
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **DECLARATION OF JEREMY N. HENDON IN SUPPORT OF STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** has been made this 28th day of September, 2007 via the Court's CM/ECF system to:

    Edward M. Robbins, Esq.        Robbins@Taxlitigator.com

    /s/ Jeremy N. Hendon
    JEREMY N. HENDON
    Trial Attorney, Tax Division
    U.S. Department of Justice