**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SRWST, | C 07-3816 PVT |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| USA, | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 30, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **October 29, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, **4th** floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before October 22, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: October 2, 2007        RICHARD W. WIEKING,
                              Clerk of Court
                              /s/ Corinne Lew

                              _____
                              Corinne Lew
                              Deputy Clerk