UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SRWST,LP,ET.AL et al,

        Plaintiff,

v.

UNITED STATES OF AMERICA et al,

        Defendant.
_____/

Case Number: CV07-03816 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles P. Rettig
Hoschman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard
Suite 300
Beverly Hills, CA 90212

Dated: October 3, 2007

        Richard W. Wieking, Clerk
        By: Tiffany Salinas-Harwell, Deputy Clerk