| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | JEREMY N. HENDON<br>ADAM F. HULBIG |
| 3 | Trial Attorneys, Tax Division<br>U.S. Department of Justice |
| 4 | P.O. Box 683, Ben Franklin Station<br>Washington DC 20044-0683 |
| 5 | Telephone: (202) 353-2466<br>         (202) 514-6061 |
| 6 | Facsimile: (202) 307-0054<br>E-mail: Jeremy.Hendon@usdoj.gov |
| 7 |         Adam.F.Hulbig@usdoj.gov<br>         Western.Taxcivil@usdoj.gov |
| 8 | Attorneys for United States of America |

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager, | Case No. C-07-3816 JW |
| Plaintiffs, | STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [Proposed] ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby stipulated by and between plaintiffs SRWST, LP, MARKMEL, LLC, and Tax Matters Partner, Albert Pimentel, Sole Member-Manager, and defendant United States of America, by and through their respective counsel, that the United States be granted an extension of time for sixty (60) days, up to and including December 5, 2007, within which to file a response to the complaint, and that the Initial Case Management Conference set for October 30, 2007, at 2:00 p.m., be continued for a corresponding period of sixty (60) days or such later time as may be necessary for the convenience of the Court. This continuance will allow the United States the additional time it needs to obtain the

///

///

///

///

///

///

1 administrative materials from the Internal Revenue Service, and it will allow the parties to continue
2 their ongoing discussions regarding a potential resolution of this matter.

EDWARD M. ROBBINS, JR.
Hochman, Salkin, Rettig
Toscher & Perez, P.C.

Attorney for Plaintiffs

SCOTT N. SCHOOLS
United States Attorney

JEREMY N. HENDON
United States Department of Justice,
Tax Division

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant to file response to Complaint by 12/5/2007. Case Management Conference continued to 1/14/2008 at 10:00 AM. Case Management statement due 1/4/2008.

Date: October 16, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO THE COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** has been made this 28th day of September, 2007 via the Court's CM/ECF system to:

Edward M. Robbins, Esq.          Robbins@Taxlitigator.com

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice