SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
JEREMY N. HENDON
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
            (202) 514-6061
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Adam.F.Hulbig@usdoj.gov
        Western.Taxcivil@usdoj.gov
Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant.** | Case No. C-07-3816 JW<br><br>**UNITED STATES' ANSWER** |

The United States of America (the "United States"), by and through its undersigned attorneys, hereby responds to the numbered allegations of Plaintiffs' complaint as follows:

1. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint.

2. The United States admits that Albert Pimentel purports to be the sole member of MarkMel LLC but is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 2 of the complaint.

3. The United States admits the allegations contained in paragraph 3 of the complaint.

4. The United States admits the allegations contained in paragraph 4 of the complaint and asserts that Exhibit A attached to the complaint appears to be a copy of the Final

|   |   |
|---|---|
| 1 | Partnership Administrative Adjustment ("FPAA") referred to in paragraph 4 of the |
| 2 | complaint. |

5. The United States admits that it has waived sovereign immunity only so far as a review of the FPAA issued by the Internal Revenue Service ("IRS") with respect to 1999 taxable year of SRWST, LP and admits the remaining allegations contained in paragraph 5 of the complaint with the exception that subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1346(e) instead of 28 U.S.C. § 1346(a)(1).

6. The United States denies the allegations contained in paragraph 6 of the complaint and instead avers that venue is proper pursuant to 26 U.S.C. § 6226(a)(2) and 28 U.S.C. § 1396.

7. The United States admits the allegations contained in paragraph 7 of the complaint.

8. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint.

9. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint.

10. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the complaint.

11. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint.

12. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint.

13. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint.

14. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint.

15. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint.

16. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the complaint.

17. The United States admits subparagraphs (a), (b) and (f) of paragraph 17 of the complaint but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 17 of the complaint.

18. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the complaint.

19. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the complaint.

20. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the complaint.

21. The United States denies the allegations contained in paragraph 21 of the complaint.

22. The United States denies the allegations contained in paragraph 22 of the complaint.

23. The United States denies the allegations contained in paragraph 23 of the complaint.

24. The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the complaint.

WHEREFORE, the United States prays for judgment in its favor and against the Plaintiffs as follows:

A. That the Court deny the relief requested in the complaint and enter judgment in favor of the United States and against Plaintiffs;

B. That the United States be awarded its attorneys' fees and costs incurred in this proceeding; and

///

///

3

C. That the United States be awarded such other relief as the Court deems just and proper.

DATED this 5th day of December, 2007.

                    SCOTT N. SCHOOLS
                    United States Attorney

                     /s/ Jeremy N. Hendon
                    JEREMY N. HENDON
                    ADAM F. HULBIG
                    United States Department of Justice,
                    Tax Division

                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **UNITED STATES' ANSWER** has been made this 5th day of December, 2007 via the Court's CM/ECF system to:

Edward M. Robbins, Esq.          Robbins@Taxlitigator.com

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice