SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
JEREMY N. HENDON
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
            (202) 514-6061
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Adam.F.Hulbig@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,**<br><br>            **Plaintiffs,**<br><br>    vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>            **Defendant.** | Case No. C-07-3816 JW<br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through its undersigned counsel, hereby gives notice that, effective on the date below, Adam F. Hulbig, Trial Attorney, Tax Division, U.S. Department of Justice, will enter his appearance as trial counsel in the above-captioned matter.  Please serve copies of all future pleadings, orders, communications, and other transmittals in this matter upon the undersigned at the following address:

>    Adam F. Hulbig
>    Trial Attorney, Tax Division
>    U.S. Department of Justice
>    Ben Franklin Station - P.O. Box 683
>    Washington, D.C.  20044
>    Telephone: (202) 514-6061
>    Facsimile: (202) 307-0054
>    Adam.F.Hulbig@usdoj.gov

DATED this 12th day of December, 2007.

                    SCOTT N. SCHOOLS
                    United States Attorney

                    /s/ ADAM F. HULBIG
                    ADAM F. HULBIG
                    Trial Attorney, Tax Division
                    U.S. Department of Justice

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **NOTICE OF APPEARANCE** has been made this 12th day of December, 2007 via the Court's CM/ECF system to:

Edward M. Robbins, Esq.        Robbins@Taxlitigator.com

/s/ ADAM F. HULBIG
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice