| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 2 | JEREMY N. HENDON |
| | Trial Attorney, Tax Division |
| 3 | U.S. Department of Justice |
| | P.O. Box 683, Ben Franklin Station |
| 4 | Washington DC 20044-0683 |
| | Telephone: (202) 353-2466 |
| 5 | Facsimile: (202) 307-0054 |
| | E-mail: Jeremy.Hendon@usdoj.gov |
| 6 | Western.Taxcivil@usdoj.gov |

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager, | Case No. C-07-3816 JW |
| Plaintiffs, | JOINT STATEMENT IN RESPONSE TO THE ORDER TO SHOW CAUSE RE: SETTLEMENT |
| vs. | ORDER VACATING ORDER TO SHOW CAUSE RE: SETTLEMENT; SETTING STATUS CONFERENCE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs SRWST, LP, MARKMEL, LLC, and Tax Matters Partner, Albert Pimentel, Sole Member-Manager, and defendant United States of America, by and through their respective counsel, hereby submit this Joint Statement in Response to the Order to Show Cause as required by the Court's Order to Show Cause re: Settlement filed on January 6, 2009 and show as follows:

1. The parties have come to an understanding as to the terms upon which a settlement may be effected in this case. The undersigned Department of Justice attorney has recommended that the proposed settlement be accepted and has forwarded the proposed settlement to the individuals with final settlement authority within the Department of Justice for their review. There are several layers of necessary review within the Department of Justice, however, regarding the proposed settlement of this case.

2. In addition, because the proposed settlement is in the nature of a global settlement which will not only affect the parties in the this case but also additional underlying individual taxpayers, the review of the proposed settlement involves a more lengthy process.

3. The parties anticipate that a settlement will ultimately be reached in this case but that it will likely take approximately an additional 120 days for the individuals with final settlement authority within the Department of Justice to complete their review of the proposed settlement.

4. The parties also believe that a stay of these proceedings will assist the parties in expeditiously reaching a final settlement of all matters raised in the complaint and the global settlement proposal and that the parties should file a joint status report every 90 days updating the Court as to the status of the proposed settlement.

5. Therefore, the parties respectfully request that the Order to Show Cause Hearing set for March 23, 2009 at 9:00 a.m. be stricken or continued for at least 120 days to allow the review process with the Department of Justice to be completed.

6. In the event the Court requires additional information regarding the status of the parties' settlement negotiations, the parties are prepared to participate in a telephonic conference call at the Court's convenience.

Respectfully submitted this 12th day of March, 2009.

EDWARD M. ROBBINS, JR.
Hochman, Salkin, Rettig
Toscher & Perez, P.C.

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO
United States Attorney

JEREMY N. HENDON
United States Department of Justice,
Tax Division

Attorneys for Defendant

*** ORDER ***

In light of the parties' representation regarding the status of their settlement efforts, the Court finds good cause to VACATE the Order to Show Cause currently set for March 23, 2009. The Court sets a Status Conference re: Settlement for **June 29, 2009 at 10 a.m.** On or before **June 19, 2009**, the parties shall file a Joint Status Report to update the Court of their progress toward bringing this action to a close.

Dated: March 18, 2009

JAMES WARE
United States District Judge