

IT IS SO ORDERED AS MODIFIED
Judge James Ware

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JEREMY N. HENDON
   Trial Attorney, Tax Division
3  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
4  Washington DC 20044-0683
   Telephone: (202) 353-2466
5  Facsimile: (202) 307-0054
   E-mail: Jeremy.Hendon@usdoj.gov
6          Western.Taxcivil@usdoj.gov

7  Attorneys for United States of America

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 SRWST, LP, MARKMEL, LLC, Tax           ) Case No. C-07-3816 JW
   Matters Partner, ALBERT PIMENTEL,     )
12 Sole Member-Manager,                  ) ORDER CONTINUING STATUS
                                         ) CONFERENCE RE: SETTLEMENT
13         Plaintiffs,                   )
                                         )
14     vs.                               )
                                         )
15 UNITED STATES OF AMERICA,             )
                                         )
16         Defendant.                    )
   _____)

17
        Plaintiffs SRWST, LP, MARKMEL, LLC, and Tax Matters Partner, Albert Pimentel, Sole
18
   Member-Manager, and defendant United States of America, by and through their respective counsel,
19
   hereby submit this Joint Statement in Response to the Order to Show Cause as required by the Court's
20
   Order Vacating Order to Show Cause re: Settlement; Setting Status Conference filed on March 18,
21
   2009 and show as follows:
22
        1.   The parties have come to an understanding as to the terms upon which a settlement may
23
   be effected in this case. The undersigned Department of Justice attorney has recommended that the
24
   proposed settlement be accepted and has forwarded the proposed settlement to the individuals with
25
   final settlement authority within the Department of Justice for their review. There are several layers of
26
   necessary review within the Department of Justice, however, regarding the proposed settlement of this
27
   case.
28
        2.   In addition, because the proposed settlement is in the nature of a global settlement
   which will not only affect the parties in the this case but also additional underlying individual
   taxpayers, the review of the proposed settlement involves a more lengthy process.

3. Further, the Internal Revenue Service and the underlying individuals who will be affected by this proposed settlement have been working on finalizing necessary proposed agreements before a final review of the proposed settlement can occur. The parties anticipate that those proposed agreements should be finalized in the near future thus clearing the way for the final review process to be concluded.

4. The parties continue to anticipate that a settlement will ultimately be reached in this case but that it will likely take approximately an additional 120 days for the individuals with final settlement authority within the Department of Justice to obtain the necessary proposed agreements so that they can complete their review of the proposed settlement.

5. The parties also believe that a continued stay of these proceedings will assist the parties in expeditiously reaching a final settlement of all matters raised in the complaint and the global settlement proposal and that the parties should continue to file a joint status report every 90 days updating the Court as to the status of the proposed settlement.

6. Therefore, the parties respectfully request that the Order to Show Cause Hearing set for June 29, 2009 at 10:00 a.m. be stricken or continued for at least 120 days.

7. In the event the Court requires additional information regarding the status of the parties' settlement negotiations, the parties are prepared to participate in a telephonic conference call at the Court's convenience.

Respectfully submitted this 19th day of June, 2009.

|  |  |
|---|---|
| _signature_ | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| EDWARD M. ROBBINS, JR.<br>Hochman, Salkin, Rettig DAVID RSJH<br>Toscher & Perez, P.C. | _signature_<br>JEREMY N. HENDON<br>United States Department of Justice,<br>Tax Division |
| Attorney for Plaintiffs | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **JOINT STATEMENT IN RESPONSE TO THE ORDER VACATING ORDER TO SHOW CAUSE RE: SETTLEMENT; SETTING STATUS CONFERENCE** has been made this 19th day of June, 2009 via the Court's CM/ECF system to:

| | |
|---|---|
| Edward M. Robbins, Esq. | Robbins@Taxlitigator.com |
| David Roth, Esq. | Roth@Taxlitigator.com |
| Charles P. Rettig, Esq. | Rettig@Taxlitigator.com |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

**\*\*\* ORDER \*\*\***

For good cause shown, the Court continues the Status Conference Re: Settlement currently set for June 29, 2009 to **October 26, 2009 at 10 a.m.** On or before **October 16, 2009**, the parties shall file a Joint Status Report re: the status of their settlement efforts.

Dated:  June 25, 2009

_____
JAMES WARE
United States District Judge