JOSEPH P. RUSSONIELLO
United States Attorney
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 353-2466
Facsimile: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
       Western.Taxcivil@usdoj.gov

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **SRWST, LP, MARKMEL, LLC, Tax Matters Partner, ALBERT PIMENTEL, Sole Member-Manager,** )<br>)<br>)<br>) | Case No. C-07-3816 JW<br><br>**STIPULATION FOR DISMISSAL**; ORDER CLOSING CASE |
| **Plaintiffs,** )<br>) | |
| vs. )<br>) | |
| **UNITED STATES OF AMERICA,** )<br>) | |
| **Defendant.** )<br>) | |

     Plaintiffs SRWST, LP, MARKMEL, LLC, and Tax Matters Partner, Albert Pimentel, Sole Member-Manager, and defendant United States of America, by and through their respective counsel, hereby stipulate that this case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Respectfully submitted this 26th day of June, 2009.

                                                           JOSEPH P. RUSSONIELLO
                                                           United States Attorney

s/ Edward R. Robbins, Jr.                        s/ Jeremy N. Hendon
EDWARD M. ROBBINS, JR.                  JEREMY N. HENDON
Hochman, Salkin, Rettig                          United States Department of Justice,
Toscher & Perez, P.C.                               Tax Division

Attorney for Plaintiffs                                   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION FOR DISMISSAL** has been made this 26th day of June, 2009 via the Court's CM/ECF system to:

| | |
|---|---|
| Edward M. Robbins, Esq. | Robbins@Taxlitigator.com |
| Charles P. Rettig, Esq. | Rettig@Taxlitigator.com |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

*** ORDER ****

The Court terminates all pending deadlines, hearings and motions.
The Clerk shall close this file.

Dated: June 26, 2009

United States District Judge

STIPULATION FOR DISMISSAL (No. C-07-3816 JW)     2